1  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park CA  94025
   Telephone:  +1 650 614 7400
4  Facsimile:   +1 650 614 7401

5  KATIE E. BRISCOE (STATE BAR NO. 287629)
   kbriscoe@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
7  Sacramento, CA 95814-4497
   Telephone: +1 916 447 9200
8  Facsimile:   +1 916 329 4900

9  ANNIE H. CHEN (STATE BAR NO. 292032)
   annie.chen@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 South Grand Avenue, Suite 2700
11 Los Angeles, CA  90071
   Telephone:  +1 213 629 2020
12 Facsimile:   +1 213 612 2499

13 Attorneys for Defendant
   US FOODS, INC.
14
   *(Caption continues on next page)*
15

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FLORENCIO CRUZ, individually, and on behalf of all others similarly situated, | Case No. 2:23-cv-05851-WLH-RAO |
|---|---|
| Plaintiff, | **STIPULATION TO STAY ACTION PENDING RESOLUTION OF EARLIER-FILED ACTIONS** |
| v. | |
| US FOODS, INC.; and DOES 1 through 10, inclusive, | Complaint Served: June 19, 2023 |
| Defendants. | |

1  KANE MOON (SBN 249834
   E-mail: kmoon@moonlawgroup.com
2  LILIT TER-ASTVATSATRYAN (SBN 320389)
   E-mail: lilit@moonlawgroup.com
3  MOON LAW GROUP, PC
   1055 W. Seventh St., Suite 1880
4  Los Angeles, California 90017
   Telephone:  (213) 232-3128
5  Facsimile:   (213) 232-3125

6  Attorneys for Plaintiff
   FLORENCIO CRUZ
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

STIPULATION TO STAY ACTION PENDING RESOLUTION OF EARLIER-FILED ACTIONS

Plaintiff Florencio Cruz and Defendant US Foods, Inc. (collectively "the Parties"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on December 8, 2020, Felipe Osorio filed a wage-and-hour putative class and PAGA representative action against US Foods in Los Angeles Superior Court, case no. 20STCV46858. Osorio alleged the following Labor Code violations on behalf of all individuals who have been, or currently are, employed by US Foods as non-exempt employees: (1) Failure to compensate all hours worked in violation of Labor Code sections 200, 226, 500, 510, 1194, 1197, and 1198 and the IWC Wage Order No. 9; (2) Failure to pay minimum wages in violation of Labor Code sections 200, 226, 225.7, 500, 510, 1194, 1197, and 1198 and the IWC Wage Order No. 4; (3) Failure to pay overtime compensation in violation of Labor Code section 1194 et seq.; (4) Failure to provide accurate wage statements in violation of section 226; (5) Violation of Labor Code sections 2698 (Private Attorneys General Act ("PAGA")); and (6) Violations of the California Business & Professions Code sections 17200, *et seq.*

WHEREAS, on April 26, 2021, Carrell Hawkins filed his wage-and-hour putative class and PAGA representative action against US Foods, Catalyst Forward Group, and ShiftableHR in Orange County Superior Court, case no. 30-2021-01197275-CU-OE-CXC. Hawkins alleges that he was jointly employed by US Foods, Catalyst, and ShiftableHR and seeks relief for himself and on behalf of all current and former non-exempt employees of each of his alleged joint employers in the State of California. With respect to US Foods, Hawkins asserts the following alleged Labor Code violations: (1) Failure to provide required meal periods in violation of California Labor Code sections 226.7, 510, 512, 1194, 1197 and IWC Wage Order No. 1-2001, section 11; (2) Failure to provide required rest periods in violation of California Labor Code sections 226.7, 512 and IWC Wage Order No. 1-2001, section 12; (3) Failure to pay overtime wages in violation of California Labor Code sections 510, 1194, 1198 and IWC Wage Order No. 1-2001, section 3;

(4) Failure to pay minimum wages in violation of California Labor Code sections 1194, 1197 and IWC Wage Order No. 1-2001, section 4; (5) Failure to pay all wages due to discharged and quitting employees in violation of Labor Code sections 201-203; (6) Failure to maintain required records in violation of Labor Code sections 226, 1174 and IWC Wage Order No. 1-2001, section 7; (7) Failure to furnish accurate itemized wage statements in violation of Labor Code sections 226, 1174 and IWC Wage Statement Order No. 1-2001, section 7; (8) Failure to indemnify employees for necessary expenditures incurred in the discharge of duties in violation of Labor Code section 2802; (9) Unfair and unlawful business practices in violation of the California Business & Professions Code sections 17200 *et seq.*; and (10) Penalties for violation of PAGA.

WHEREAS on July 16, 2022, Steven Thomas Attebery filed his wage-and-hour putative class action in Fresno Superior Court against US Foods, which was removed to the United States District Court, Eastern District of California, case No. 22-cv-01352-JLT-BAM. Attebery asserts the following claims on behalf of all US Foods' California non-exempt employees: (1) Failure to pay lawful wages in violation of Labor Code sections 510, 1194, and 1197; (2) Failure to provide lawful meal periods or compensation in lieu thereof in violation of Labor Code sections 226.7, 512 and applicable IWC Wage Orders; (3) Failure to provide lawful rest periods or compensation in lieu thereof in violation of Labor Code section 226.7 and applicable IWC Wage Orders; (4) Failure to reimburse employee expenses in violation of Labor Code section 2802; (5) Failure to timely pay wages at termination in violation of Labor Code sections 201-203; (6) Failure to provide accurate, itemized wage statements in violation of Labor Code section 226; and Violations of the Unfair Competition Law in violation of the California Business & Professions Code sections 17200 *et seq.*

WHEREAS, Plaintiff filed his Class Action Complaint on June 6, 2023, in the Superior Court of State of California, County of Los Angeles alleging the

following Labor Code violations on behalf of all non-exempt employees employed by US Foods in California: (1) Failure to pay minimum wages in violation of Labor Code sections 204, 1194, 1194.2, and 1197; (2) Failure to pay overtime compensation in violation of Labor Code sections 1194 and 1198; (3) Failure to provide meal periods in violation of Labor Code sections 226.7 and 512; (4) Failure to authorize and permit rest breaks in violation of Labor Code section 226.7; (5) Failure to indemnify necessary business expenses in violation of Labor Coe section 2802; (6) Failure to timely pay final wages at termination in violation of Labor Code sections 201-203; (7) Failure to provide accurate itemized wage statements in violation of Labor Code section 226; and (8) Unfair business practices in violation of the California Business & Professions Code sections 17200 *et seq*.

WHEREAS, on July 6, 2023, counsel for US Foods informed Cruz's counsel of multiple earlier-filed, duplicative wage-and-hour class actions against US Foods: (1) *Osorio v. US Foods*, Los Angeles Superior Court Case No. 20STCV46858; (2) *Hawkins v. US Foods*, Orange County Superior Court Case No. 30-2021-01197275-CU-OE-CXC; (3) *Attebery v. US Foods*, Eastern District of California, Case No. 22-cv-01352-JLT-BAM. US Foods' counsel also informed Cruz's attorney that the *Osorio* and *Hawkins* matters have settled. Specifically, US Foods' counsel explained that final approval had been granted in *Osorio* and the parties are finalizing their long form settlement agreement in *Hawkins*. US Foods' counsel also informed Plaintiff of its intention to remove this matter to federal court and to file a Motion to Dismiss, Stay and/or Transfer Plaintiff's action in light of these earlier-filed duplicative actions;

WHEREAS, beginning on July 18, 2023, the *Cruz* Parties had multiple telephonic meet and confer to further discuss the earlier-filed duplicative wage-and-hour class actions pending against US Foods and US Foods' anticipated Motion to Dismiss, Stay and/or Transfer. The Parties also discussed settlement of

Plaintiff's individual claims pending resolution of the *Hawkins* matter. The Parties further agreed to extend the deadline for US Foods to respond to Plaintiff's Complaint to allow time for them to discuss resolution of this action;

WHEREAS, the *Cruz* Parties agree that the instant *Cruz* action is subsumed by the class claims in the earlier-filed *Osorio*, *Hawkins* and *Attebery* actions. The *Cruz* Parties further agree that any further proceedings in this action would be affected by the settlements in the *Osorio* and *Hawkins* actions.

Accordingly, in the interest of judicial economy and efficiency, the *Cruz* Parties request that the Court stay all proceedings in this action pending final resolution of the earlier-filed *Osorio* and *Hawkins* actions. The *Cruz* Parties further request that pursuant to the stay, all pretrial deadlines including the deadline for US Foods to file a responsive pleading, be vacated.

IT IS SO STIPULATED.

Dated: October 17, 2023                MOON LAW GROUP, PC

                                       By:      */s/ Lilit Ter-Astvatsatryan*
                                             KANE MOON
                                             LILIT TER-ASTVATSATRYAN
                                             Attorneys for Plaintiff
                                             FLORENCIO CRUZ

Dated: October 17, 2023                ORRICK, HERRINGTON & SUTCLIFFFE LLP

                                       By:         */s/ Annie H. Chen*
                                             JOSEPH C. LIBURT
                                             KATIE E. BRISCOE
                                             ANNIE H. CHEN
                                             Attorneys for Defendant
                                             US FOODS, INC.

## ECF FILER'S ATTESTATION

Pursuant to Local Rule 5-4.3.4, the filer of this document, Annie H. Chen, attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.