1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FLORENCIO CRUZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>US FOODS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-05851-WLH-RAO<br><br>**ORDER GRANTING REQUEST TO STAY ACTION PENDING RESOLUTION OF EARLIER-FILED ACTIONS [21]**<br><br>Complaint Served: June 19, 2023 |
|---|---|

On October 23, 2023, the Court stayed the action until January 23, 2024, pending resolution of two earlier-filed, duplicative actions: (1) *Felipe Osorio v. US Foods*, Superior Court of the State of California, County of Los Angeles, Case no. 20STCV46858; and (2) *Carrell Hawkins v. Catalyst Forward Group, at al.*, Superior Court of the State of California, County of Orange, Case no. 30-2021-01197275-CU-OE-CXC.

On January 23, 2024, the Court extended the stay of this action until July 16, 2024 pending resolution of the *Osorio* and *Hawkins* matters.

The Parties request that the Court extends the stay in the instant action pending resolution of the earlier-filed duplicative actions.

The Court having considered the Parties' Joint Status Report and finding good cause, hereby GRANTS the parties request to further extend the stay and ORDERS as follows:

1. that this entire action is further stayed until January 16, 2025, pending resolution of the earlier-filed *Osorio* and *Hawkins* actions; and

2. the parties will file a joint status report one week before January 16, 2025, with the Court indicating the status of the earlier-filed duplicative actions and stating the good cause reasons for requesting a further stay, if necessary.

**IT IS SO ORDERED.**

Dated: 7/26/2024            By: _____
                                HON. WESLEY L. HSU
                                UNITED STATES DISTRICT JUDGE