UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO CRUZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>US FOODS, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 2:23-cv-05851-WLH-RAO<br><br>**ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PLAINTIFF'S CLASS CLAIMS WITHOUT PREJUDICE [31]** |

The Court, having considered the joint stipulation of Plaintiff FLORENCIO CRUZ ("Plaintiff") and Defendant US FOODS, INC. ("Defendant"), requesting dismissal, with prejudice, of Plaintiff's individual claims and dismissal, without prejudice, of Plaintiff's class claims and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's individual claims are dismissed, with prejudice, as against Defendant.

2. Plaintiff's class claims are dismissed, without prejudice, as against Defendant.

3. The entire action is dismissed.

**IT IS SO ORDERED.**

Dated: November 3, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE